STATE v. AGUDELO

No. 241P88.

Case below: 89 N.C. App. 640.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 September 1988.

STATE v. BUTLER

No. 333P88.

Case below: 90 N.C. App. 463.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 September 1988.

STATE v. BYRD

No. 410A88.

Case below: 91 N.C. App. 170.

Temporary stay allowed 30 August 1988 pending consideration and determination of the petition for supersedeas on the condition that the secured appearance bonds, and the conditions thereof, remain in full force and effect.

STATE v. CANTY

No. 356P88.

Case below: 90 N.C. App. 612.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.

STATE v. EMERY

No. 383P88.

Case below: 91 N.C. App. 24.

Petition by Attorney General for writ of supersedeas and temporary stay denied 23 August 1988.